UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 1

| MASTERANK AMERICA INC. |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 25-00110

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2809 | Center (if known): | |
|---|---|---|---|
| Protest Number: | 2809-22-109824 | Date Protest Filed: | 12/13/2022 |
| Importer: | Masterank America Inc. | Date Protest Denied: | 03/14/2025 |
| Category of Merchandise: | Paraffin Wax (Saturated Wax MR3200) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| CHQ08090062 | 08/18/2021 | 06/07/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 2425
New York, NY 10017
Email: jkenner@strtrade.com
Phone: (212) 549-0137

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | N/A | N/A |
| Protest Claim: | N/A | N/A |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Saturated Wax (MR3200) | 9903.00.15 | 7.5% | N/A | 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Please see attached.

The issue which was common to all such denied protests:
Country of Origin and the assessment of Section 301 Duties

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

June 17, 2025
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 280922109824 | 12/13/2022 | 03/14/2025 | CHQ08090062 | 08/18/2021 | 06/07/2021 | 2809 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

**Other**

**State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:**

U.S. Customs and Border Protection ("Customs") denied the protest filed on behalf of Masterank America Inc. ("Masterank") by Ernst & Young LLP ("EY"), which contested the designation of China, rather than Taiwan, as the country of origin on the CF-7501. The protest claimed that Taiwan, rather than China, was the appropriate country of origin.

Prior to the retention of the undersigned, the administrative protest was submitted but lacked the necessary context and legal analysis to demonstrate that the substantial transformation processes performed in Taiwan established Taiwan as the correct country of origin. As a result, Customs erroneously determined that China was the country of origin, subjecting the imported goods to Section 301 duties of 7.5%. These duties should have been refunded, as the proper country of origin is Taiwan, which is not subject to such tariffs.